UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 24-2816

John Wayne v. John Wetzel, et al.

(E.D. Pa. Civ. No. 2-21-cv-04209)

O R D E R

    Upon further review, it would not be appropriate to submit this appeal to a panel of the Court to determine whether the appeal should be dismissed under 28 U.S.C. § 1915(e)(2) or whether summary action is warranted under 3d Cir. L.A.R. 27.4 and I.O.P. 10.6.  The Clerk shall issue a briefing schedule.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   December 23, 2024

mw/cc:   John Wayne
        Sarina M. Kaplan, Esq.
        Sarin Keosian-Frounjian, Esq.
        Hannah Kogan, Esq.